# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CSX Transportation, Inc.**<br><br>                          **Plaintiff,**<br><br>   v.<br><br>**B&G Futures, Inc.**<br><br>                         **Defendant.** | **CASE NO**: **5:20-cv-02560-JRA**<br><br>==Default entered 1/8/21 against B&G Futures, Inc. By Sandy Opacich, Clerk of Court s/Christin Kestner, Deputy Clerk== |

### REQUEST FOR THE CLERK TO ENTER DEFAULT
### PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 55(a)

Plaintiff CSX Transportation, Inc. ("CSX") hereby requests that the Clerk enter default against B&G Futures, Inc. ("B&G"), pursuant to Fed. R. Civ. P. 55(a), and in support thereof, CSX states the following:

1. CSX filed its Complaint against B&G on November 13, 2020.  *See* ECF No. 1.

2. On December 4, 2020, B&G was properly served with a copy of the summons and complaint by process server Kimberly Daily who is a process server Pillar Process Service.  *See* ECF No. 5.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), B&G's answer to the Complaint was due on or before December 28, 2020.

4. As of the date of the filing of this Request, counsel has not entered an appearance on behalf of B&G, nor has B&G filed a responsive pleading.

**WHEREFORE**, plaintiff CSX Transportation, Inc. requests the Clerk enter Clerk to enter a default against defendant B&G Futures, Inc. pursuant to F. R. Civ. P. Rule 55(a).

/s/ Marshal M. Pitchford
Marshal M. Pitchford (0071202)
mpitchford@dpylaw.com
**DiCaudo, Pitchford & Yoder**
209 South Main Street, Third Floor
Akron, Ohio 44308
Phone: 330-762-7477
Facsimile: 330-762-8059
*Attorney for CSX Transportation, Inc.*

Of Counsel:

Eric C. Palombo
Matthew J. Haskins
**Keenan Cohen & Merrick P.C.**
125 Coulter Avenue
Suite 1000
Ardmore, PA 19003
Phone: (215) 609-1110
Facsimile: (215) 609-1117
epalombo@freightlaw.net
mhaskins@freightlaw.net

Dated: January 7, 2021