# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc., | ) | CASE NO.: 5:20-cv-02560 |
| Plaintiff, | ) ) | |
| | ) | JUDGE JOHN R. ADAMS |
| v. | ) ) | |
| B&G Futures, Inc., | ) ) | **ORDER** |
| Defendant. | ) | |

On November 13, 2020, Plaintiff CSX Transportation, Inc. ("CSX") filed a complaint against Defendant B&G Futures, Inc. ("B&G") in which CSX brought claims arising out of B&G's failure to pay CSX freight charges owed for shipments. (Compl., ECF No. 1.) On December 4, 2020, service upon B&G was perfected pursuant to Federal Rule of Civil Procedure 4 when B&G was personally served with the copy of the summons and complaint by process server Kimberly Daily. (Return of Service, ECF No. 5.) B&G has failed to plead or otherwise respond to CSX's complaint within the twenty-one (21) days allotted by Federal Rule of Civil Procedure 12(a)(1)(A)(i).

Therefore, in accordance with Federal Rule of Civil Procedure 55(b), CSX's motion for default judgment is hereby GRANTED. In addition, CSX's claim is for a sum certain of $346,494.16 for freight charges and finance charges. Accordingly, pursuant to Federal Rule of Civil Procedure 55(b)(2), judgment in the amount of $346,494.16 is hereby entered for CSX and against B&G.

IT IS SO ORDERED.

DATE: January 25, 2021       /s/ John R. Adams
                             Judge John R. Adams
                             UNITED STATES DISTRICT COURT