UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CSX Transportation, Inc. | ) | |
| | ) | CASE NO. 5:20CV2560 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER OF REFERENCE |
| | ) | |
| B&G Futures, Inc. | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

The Court hereby refers the Application for Writ of Garnishment (Doc. #11) to Magistrate Judge Burke for general processing of the Garnishment as well as any related applications for continuing garnishments and setting a hearing if necessary.

IT IS SO ORDERED.

 May 10, 2021                                       s/John R. Adams
 Date                                                       John R. Adams
                                                                 U.S. District Judge