## REQUEST FOR HEARING ON GARNISHMENT OF PROPERTY OTHER THAN PERSONAL EARNINGS

**CSX Transportation, Inc.**
**500 Water Street**
**Jacksonville, Florida 32202**

      **Judgment Creditor,**

   **v.**

**B&G Futures, Inc.**
**440 Louisiana Street**
**Houston, Texas 77002**

     **Judgment Debtor.**

**CASE NO**: **5:20-cv-02560-JRA**

## REQUEST FOR HEARING
## ON GARNISHMENT OF PROPERTY OTHER THAN PERSONAL EARNINGS

I DISPUTE THE INDICATED JUDGMENT CREDITOR'S RIGHT TO GARNISH MY MONEY, PROPERTY, OR CREDITS OTHER THAN PERSONAL EARNINGS, IN THE ABOVE CASE AND REQUEST THAT A HEARING IN THIS MATTER BE HELD AS SET FORTH IN THE DOCUMENT ENTITLED "NOTICE TO THE JUDGMENT DEBTOR OF GARNISHMENT OF PROPERTY OTHER THAN PERSONAL EARNINGS" THAT I RECEIVED WITH THIS REQUEST FORM.

I _____ FEEL THAT THE NEED FOR THE HEARING IS AN EMERGENCY.
 ("DO" or "DO NOT")

I DISPUTE THE JUDGMENT CREDITOR'S RIGHT TO GARNISH MY PROPERTY FOR THE FOLLOWING REASONS (OPTIONAL):

_____
_____

I understand that no objections to the judgment itself will be heard at this hearing.

_____
(Name of Judgment Debtor)       (Day time phone number)

_____
(Street Address)

_____
(City, State, Zip)

_____
(Signature of Judgment Debtor)      (Date)

WARNING: IF YOU DO NOT DELIVER THIS REQUEST FOR HEARING OR A REQUEST IN A SUBSTANTIALLY SIMILAR FORM TO THE OFFICE OF THE CLERK OF THIS COURT WITHIN FIVE (5) BUSINESS DAYS OF YOUR RECEIPT OF IT, YOU WAIVE YOUR RIGHT TO A HEARING AND SOME OF YOUR MONEY, PROPERTY, OR CREDITS OTHER THAN PERSONAL EARNINGS, NOW IN THE POSSESSION OF THE GARNISHEE WILL BE PAID TO THE JUDGMENT CREDITOR TO SATISFY SOME OF YOUR DEBT TO THEM.