# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | CASE NO. 5:20-CV-02560 |
| Plaintiff/Judgment Creditor, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | MAGISTRATE JUDGE KATHLEEN B. BURKE |
| B&G Futures, Inc., | ) | |
| Defendant/Judgment Debtor. | ) | ORDER |

Since the Debtor has not filed a request for hearing and no Answer of Garnishee has been received, no hearing will be conducted on June 22, 2021. Garnishee JPMorgan Chase Bank N.A. shall file Answer of Garnishee[1] no later than July 7, 2021.

June 21, 2021
/s/ Kathleen B. Burke
Kathleen B. Burke
United States Magistrate Judge

---

[1] A copy of the Answer of Garnishee previously served on Garnishee (Doc. 14) is attached to this Order.