UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | CASE NO. 5:20-CV-02560 |
| | ) | |
| PLAINTIFF, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| B&G FUTURES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | ORDER SETTING HEARING |

Although ordered to do so, Garnishee, JPMorgan Chase Bank N.A., has not filed an Answer of Garnishee.  *See* Doc. 14 (May 25, 2021, Order and Notice of Garnishment); Doc. 16 (June 21, 2021, Order).   Accordingly, a telephone hearing is scheduled on July 29, 2021, at 11:30 a.m.  A representative for the Garnishee is required to participate.  Plaintiff's counsel and a representative for Defendant may but are not required to participate.  No later than July 26, 2021, the Garnishee shall provide the Court via email at Burke_Chambers@ohnd.uscourts.gov an email address at which call-in instructions can be sent to the Garnishee.[1]  **Failure of Garnishee to comply with this Order may result in imposition of sanctions.**

The Clerk shall serve a copy of this Order via certified and regular mail to JPMorgan Chase Bank, N.A. at P.O. Box 183164, Columbus, Ohio 43218, and, via regular mail to the Defendant B&G Futures, Inc. c/o Andy Ginella, Esq. 4096 Holiday Street, NW, Canton, OH 44718.

July 12, 2021

                                                    */s/ Kathleen B. Burke*
                                                    Kathleen B. Burke
                                                    U.S. Magistrate Judge

---

[1] Should Plaintiff's counsel or a representative for Defendant wish to participate in the hearing, a request for call-in instructions shall be sent to the Chambers' email address.