UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CSX TRANSPORTATION, INC., | ) | CASE NO. 5:20-CV-02560 |
| | ) | |
| PLAINTIFF, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | KATHLEEN B. BURKE |
| B&G FUTURES, INC., | ) | |
| | ) | |
| DEFENDANT. | ) | ORDER |

On July 28, 2021, Garnishee, JPMorgan Chase Bank N.A., ("Garnishee") filed an Answer of Garnishee ("Answer"), indicating that there are "No Funds Available[.]"  Doc. 19. Since the Garnishee has now answered, the hearing scheduled for July 29, 2021, to address Garnishee's lack of Answer is cancelled.

Additionally, since the Garnishee has reported that there are no funds available, further proceedings as to the garnishment pertaining to Garnishee to JPMorgan Chase Bank, N.A., are not necessary and the referral relating thereto (Doc. 12) is terminated.

The Clerk shall serve a copy of this Order via regular mail to JPMorgan Chase Bank, N.A. at P.O. Box 183164, Columbus, Ohio 43218, and, via regular mail to the Defendant B&G Futures, Inc. c/o Andy Ginella, Esq. 4096 Holiday Street, NW, Canton, OH 44718.

July 28, 2021

/s/ Kathleen B. Burke
Kathleen B. Burke
U.S. Magistrate Judge