# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CSX Transportation, Inc.**<br><br>**Plaintiff,**<br><br>v.<br><br>**B&G Futures, Inc.**<br><br>**Defendant.** | **CASE NO**: **5:20-cv-02560-JRA** |

## SATISFACTION OF JUDGMENT

CSX Transportation, Inc respectfully directs the Clerk of Court to mark the judgment entered in the amount of $346,494.16, entered in favor of CSX Transportation, Inc. and against B&G Futures, Inc., Inc. (ECF No. 9) as SATISFIED.


Dated: September 9, 2022                    By: */s/ Marshal M. Pitchford*
                                                                     Marshal M. Pitchford (0071202)
                                                                     mpitchford@dpylaw.com
                                                                     **DICAUDO, PITCHFORD & YODER**
                                                                     209 South Main Street, Third Floor
                                                                     Akron, Ohio 44308
                                                                     Phone: 330-762-7477
                                                                     Facsimile: 330-762-8059
                                                                     *Attorneys for CSX Transportation, Inc.*

Of Counsel:
Eric C. Palombo
Matthew J. Haskins
**COHEN & MERRICK P.C.**
125 Coulter Avenue
Suite 1000
Ardmore, PA 19003
Phone: (215) 609-1110
Facsimile: (215) 609-1117
epalombo@freightlaw.net
mhaskins@freightlaw.net

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 9, 2022, a true and correct copy of this Satisfaction of Judgment was electronically filed with the Clerk of the United States District Court and mailed to the B&G Futures, Inc.'s Registered Agent at the following:

        B&G Futures, Inc.
        c/o Andy Ginella, Esq.
        4096 Holiday Street., NW
        Canton, Ohio 44718

                          */s/ Marshal M. Pitchford*
                          Marshal M. Pitchford